IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBY G. WAGSTER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 10-cv-00047-JPG-SCW |
| VILLAGE OF SAUGET and SCOTT HEDGPETH, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED: November 28, 2011

                                **NANCY ROSENSTENGEL, Clerk of Court**

                                **BY:s/Deborah Agans, Deputy Clerk**


APPROVED:   *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **U. S. DISTRICT JUDGE**